UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-20938-CIV-COHN/WHITE
(Case No. 04-21018-CR-COHN)

LAPATRICK McINTOSH,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY

**THIS CAUSE** is before the Court upon Movant's Motion for Certificate of Appealability [DE 24], as construed by the Clerk from Movant's Notice of Appeal [DE 23]. The Court has carefully considered the matter and is otherwise advised in the premises.

On April 24, 2009, this Court approved United States Magistrate Judge White's Report and Recommendation [DE 21] denying Movant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence and judgment was entered in this case on April 27, 2009 [DE 22]. Movant's Notice of Appeal [DE 23] dated June 23, 2009 was filed with this Court on July 1, 2009. By rule, the Court construes the Notice of Appeal as a motion for certificate of appealability.

As to consideration of the motion for certificate of appealability, the Court concludes that Movant has not "made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Thus, the Court will deny Movant's request for a certificate of appealability. The Court notes that pursuant to Rule 22(b)(1) of the

Federal Rules of Appellate Procedure, the Petitioner may request issuance of a certificate of appealability from the Eleventh Circuit. Fed. R. App. P. 22(b)(1).

Accordingly, it is **ORDERED AND ADJUDGED** that Movant's Motion for Certificate of Appealability [DE 24] is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of July, 2009.

_____
JAMES I. COHN
United States District Judge

Copies furnished to:

Counsel of record via CM/ECF

Lapatrick McIntosh
Reg. No. 65840-004
Federal Correctional Complex
P.O. Box 1032
Coleman, FL 33521